

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-13-00827-CV

**IN THE INTEREST AND PROTECTION OF J.G**.,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-3502
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

The Appellant's Second Motion to Extend Time to File Brief is GRANTED IN PART. The appellant's brief is due on May 15, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court